1410

2016–1225.　State v. Victor.
Geauga App. Nos. 2014–G–3220, 2014–G–3241, and 2015–G–0010, 2015-Ohio-5520. Appeal and cross-appeal not accepted. Motion to strike denied as moot.